IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| RICHARD EUGENE HARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 623-023 |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

_____

**O R D E R**

_____

On July 31, 2023, the Court granted a reversal and remand pursuant to sentence four of 42 U.S.C. § 405(g) and subsequently awarded Plaintiff $2,574.00 in attorney's fees, and $402.00 in costs for the filing fee, under the Equal Access to Justice Act ("EAJA"). (Doc. nos. 6, 9.)  Because the Administrative Law Judge awarded Plaintiff past due benefits on remand, counsel now moves, pursuant to 42 U.S.C. § 406(b), for attorney's fees in the net amount of $15,101.17, which represents twenty-five percent of the past due benefits awarded to Plaintiff minus the previously-awarded EAJA fees and the $7,2000.00 paid to Plaintiff's administrative representative for his work at the administrate level.  (Doc. no. 10); see Jackson v. Comm'r of Soc. Sec., 601 F.3d 1268, 1274 (11th Cir. 2010) (allowing for attorney who receives fees under both the EAJA and § 406(b) to effectuate required refund of the smaller fee by deducting EAJA award from § 406(b) request); Paltan v. Comm'r of Soc. Sec., 518 F. App'x 673, 674 (11th Cir. 2013) (*per curiam*).

2

The Court finds that the total fee requested is reasonable under § 406(b) and that Plaintiff's attorney should be awarded net fees in the amount of $15,101.17 after subtracting the prior EAJA fee award and amount paid to Plaintiff's administrative representative for his work at the administrate level. The Commissioner did not respond to the motion, and therefore it is deemed unopposed. See Loc. R. 7.5. Accordingly, the Court **GRANTS** Plaintiff's motion for fees under § 406(b), (doc. no. 21), and awards attorney's fees in the amount of $15,101.17.

SO ORDERED this 12th day of August, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA